# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2237
_____

JOHN WAYNE WITT,

    Appellant,

    v.

EMERGENCY ONE, INC.,
/FAIRMONT SPECIALTY
INSURANCE COMPANY/ZENITH
INSURANCE COMPANY,

    Appellees.

_____


On appeal from the Office of the Judges of Compensation Claims.
Jill E. Jacobs, Judge.

Date of Accident:  January 19, 1982.

February 2, 2026

PER CURIAM.

    AFFIRMED.

WINOKUR, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Nicolette E. Tsambis and Bradley G. Smith of Smith, Feddeler, Smith P.A., Lakeland, for Appellant.

Jessica C. Conner of Dean, Ringers, Morgan & Lawton, P.A., Orlando, for Appellees.